U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

APR 2 5 2018

TONY R. MOORE, CLERK
BY: _____
    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| IDDRISU ABUBAKAR,<br>Petitioner | CIVIL ACTION NO. 1:18-CV-007-P |
| VERSUS | JUDGE DEE D. DRELL |
| DAVID COLE, ET AL.,<br>Respondents | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Petition for Writ of Habeas Corpus is hereby DISMISSED for lack of jurisdiction.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 25 day of April, 2018.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE